UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.        Case No. 8:09-cv-271-T-30TBM

CARL TILLY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #3) and Notice of Compliance with Court Order (Dkt. #5). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 13, 2009.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-271.dismiss order 3.wpd